PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00240-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING SENTENCING; ORDER |
| v. | |
| JAMES COX, | DATE: October 14, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter was previously set for sentencing on October 14, 2022.

2. By this stipulation, the above-named defendant agrees to continue the sentencing to December 16, 2022 at 9:00 a.m.

3. The continuance is requested by the parties to allow the probation officer sufficient time to complete the presentence reports, since the defendant was only recently interviewed.

4. The probation officer agrees to the December 16, 2022 hearing date.

5. The parties also agree to the following revised presentence investigation schedule:

STIPULATION                                    1

**Reply or Statement of Non-Opposition:  12/9/2022**

**Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:   12/2/2022**

**The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: 11/28/2022**

**Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:   11/18/2022**

**The draft Presentence Report shall be disclosed to counsel no later than: 11/4/2022**

IT IS SO STIPULATED.

Dated:  October 5, 2022　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　/s/ KAREN A. ESCOBAR
　　　　　　　　　　　　　　　　　　　　　　KAREN A. ESCOBAR
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated:  October 5, 2022　　　　　　　　　　/s/ DOUGLAS C. FOSTER
　　　　　　　　　　　　　　　　　　　　　　DOUGLAS C. FOSTER
　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　JAMES COX

**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **October 5, 2022**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE