DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
139 W. El Portal Dr.; Suite D
Merced, CA 95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
JAMES DAVID COX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES DAVID COX,<br><br>Defendant. | Case No. 1:20-cr-00240 JLT<br><br>STIPULATION AND ORDER<br>TO RE-SET DEADLINES FOR OBJECTIONS |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in this matter currently scheduled for December 16, 2022 be continued to February 6, 2023. The parties further stipulate that the deadline for filing objections be reopened, and new dates set as follows:

    1/9/2023:    Informal objections due.
    1/16/2023:    Final Revised PSR filed with the Court and parties.
    1/23/2023:    Formal objections filed with the Court.
    2/6/2023:    Sentencing.

Counsel for the government and the assigned USPO have no objection to the reopening the informal objections process or to the proposed schedule.

IT IS SO SIPULATED:

          PHILLIP A. TALBERT
          United States Attorney

DATED: 12/8/22          /s/ Karen Escobar/_____

          Assistant United States Attorney
          Attorney for Plaintiff


DATED: 12/8/22          /s/ Douglas Foster_____
          DOUGLAS C. FOSTER
          Law Offices of Douglas C. Foster
          Attorney for Defendant
          JAMES COX

## **ORDER**

IT IS SO ORDERED that the deadlines for the filing of objections shall be reopened and the schedule for filing be reset as follows:

    1/9/2023:     Informal objections due.
    1/16/2023:   Final Revised PSR filed with the Court and parties.
    1/23/2023:   Formal objections filed with the Court.
    2/6/2023:    Sentencing.

IT IS SO ORDERED.

Dated:  **December 8, 2022**          /s/ Jennifer L. Thurston
                                               UNITED STATES DISTRICT JUDGE