UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES COX,<br><br>　　　　　　　Defendant. | Case No. 1:20-CR-00240 JLT SKO<br><br>ORDER SETTING BRIEFING SCHEDULE FOR PENDING 28 U.S.C. § 2255 MOTION<br><br>(Doc. 297) |

　　　　Defendant James Cox filed a *pro se* Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 on February 26, 2024.  (Doc. 297.)  The Court has reviewed the motion and would be aided by a response from the government.  Accordingly, the government shall have until **May 24, 2024** to file any opposition, and defendant Cox shall have until **July 12, 2024** to file a reply.  The parties may request an alternate briefing schedule if so appropriate.

IT IS SO ORDERED.

　　Dated:　__**April 8, 2024**__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE